# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-187 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey Allen Sonczalla, | |
| Defendant. | |

_____

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and no objections having been filed with respect thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 22) is **ADOPTED**; and

2. Defendant's Motion to Strike Prior Offenses (Docket No. 18) is **DENIED**.

Dated: August 21, 2007

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge