# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,                Criminal No.: 07-187 (1) (RHK/RLE)

   v.

Jeffrey Allen Sonczalla,

        Defendant.

### Order Extending Time for Filing of Defendant's Sentencing Position

The Court having reviewed Defendant's Motion to Extend Time for Filing of Defendant's Sentencing Position (Doc. No. 27), and it appearing that there is good cause for this Motion, it is **ORDERED**, that the time for filing Defendant's sentencing position is extended from November 26, 2007, to December 7, 2007.

Dated: November 26, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. Kyle
                                          United States District Judge