## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,               Criminal No.: 07-187 (RHK/RLE)

   v.

Jeffrey Allen Sonczalla,

        Defendant.

---

### Order Extending Time for Filing of
### Defendant's Sentencing Position

---

The Court having reviewed Defendant's Second Motion to Extend Time for Filing of Defendant's Sentencing Position (Doc. No. 29), and it appearing that there is good cause for this Motion, it is **ORDERED** that the time for filing Defendant's sentencing position is extended from December 7, 2007, to December 14, 2007.

Dated:  December 5, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge